PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Monique Sanders                                Case Number: 3:12-00029-01

Name of Judicial Officer: The Honorable Harry S. Mattice, U. S. District Judge, Eastern District of Tennessee, transfer of jurisdiction on February 17, 2012, to The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: November 2, 2009

Original Offense: 21 U.S.C. § 841(a)(1) and (b)(1)(C), Distribution of Cocaine Hydrochloride

Original Sentence: 36 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: December 20, 2011

Assistant U.S. Attorney: To be determined           Defense Attorney: Paul J. Bruno

---

**THE COURT ORDERS:**

☒ No Action *at this time*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

                                                                    I declare under penalty of perjury that the
                                                                    foregoing is true and correct. Respectfully
                                                                    submitted,

Considered this ___7___ day of ___April___, 2014,
and made a part of the records in the above case.

                                                                    _____
                                                                    U.S. Probation Officer
                                                                    Jon R. Hahn

_____                   Place       Columbia, Tennessee
U. S. District Judge
Todd J. Campbell                                    Date        April 7, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not commit another federal, state, or local crime:**

On April 2, 2014, this officer notified Monique Sanders of outstanding warrants. Ms. Sanders turned herself in and was arrested for Domestic Assault and Aggravated Assault. According to the affidavit, on April 1, 2014, Ms. Sanders went to the residence of the victim and began a physical confrontation with him. The victim states Ms. Sanders pushed him then hit him. The victim then advised that after the assault occurred, Ms. Sanders went across the street and picked up a brick, threw it, but it did not strike the victim. Ms. Sanders then left the area. Ms. Sanders posted bond and is scheduled to appear in the Davidson County General Sessions Court on April 14, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Ms. Sanders who advised the incident did not happen, in fact, she related she was at a state office filling out paperwork. Ms. Sanders states she has known the victim since they were 10 years old, that they used to date, and she is now seeing someone else. Furthermore, the last time she saw the victim was for the purpose of obtaining her car keys from him, and there were no problems. On April 3, 2014, the victim called and stated he is not going to follow through with the charges, will not be attending the court hearing, and he just wants Ms. Sanders to leave him and his property alone. The victim advised this was over a break up of their relationship.

Ms. Sanders lives alone and works for two different employers.

**U.S. Probation Officer Recommendation:**

Although this office considers domestic violence a serious risk issue, after talking with the victim, and his unwillingness to pursue the matter, it is recommended that Ms. Sanders be continued on supervised release and this matter be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Jim Perdue
Deputy Chief U.S. Probation Officer